IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA M. NUNEZ, | No. 2:16-CV-1953-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (Doc. 2). The motion is incomplete.  Specifically, in response to Question No. 4, plaintiff states that she has cash, checking, and/or savings accounts, but does not state the total amounts.  Similarly, in response to Question No. 5, plaintiff states that she owns real estate, stocks, bonds, securities, other financial instruments, automobiles, and/or any other thing of value, but does not describe the property or its value.  In response to Question No. 6, plaintiff indicates that three people are dependent on her for support, but does not state their relationships or how much she contributes

to their support. Plaintiff will be provided an opportunity to either pay the filing fees for this action or submit a <u>completed</u> application for leave to proceed in forma pauperis. Plaintiff is cautioned that failure to comply with this order may result in dismissal of the action. <u>See</u> Local Rule 110.

        Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is denied without prejudice;

    2.    Within 15 days of the date of this order, plaintiff shall either pay the filing fees for this action or submit a completed application for leave to proceed in forma pauperis.

DATED: September 14, 2016

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE