PHILLIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ATHENA M. NUNEZ,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:16-cv-01953-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to June 30, 2017 to respond to Plaintiff's opening brief. Defendant's counsel requests this additional time because she recently sustained a repetitive strain injury from typing, has to attend physical therapy and is working at a reduced pace.

This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Law Offices of Lawrence D. Rohlfing

Dated: May 31, 2017 　　　　　　　　　　　 */s/ Lawrence D. Rohlfing by Chantal R. Jenkins\**
LAWRENCE D. ROHLFING
As authorized *via* email on May 31, 2017
Attorney for Plaintiff

Dated: May 31, 2017 　　　　　　　　　　　 PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:　*/s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

Dated: June 1, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE